**Ilse SCACCIO, Appellant,**

v.

**Bruce G. BARBER, District Director, Immigration and Naturalization, Appellee.**

**No. 14862.**

United States Court of Appeals
Ninth Circuit.

Lawrence Speiser, San Francisco, Cal., for appellant.

Lloyd H. Burke, U. S. Atty., San Francisco, Cal., for appellee.

Before DENMAN, Chief Judge, and POPE and CHAMBERS, Circuit Judges.

PER CURIAM.

On consideration of the entire record and confession of error by the United States Attorney herein, the judgment of the District Court entered April 26, 1955, Petition of Scaccio, 131 F.Supp. 154, denying appellant naturalization is reversed and the case is remanded to the District Court to grant appellant's petition for naturalization.

**Oscar D. WILLIAMS, Appellant,**

v.

**NORTHERN NATURAL GAS COMPANY, a Corporation.**

**No. 15515.**

United States Court of Appeals
Eighth Circuit.

July 5, 1956.

Maurice J. Breen, Fort Dodge, Iowa, and Willard Freed, Gowrie, Iowa, for appellant.

Lawrence I. Shaw, F. Vinson Roach, Omaha, Neb., and Burnquist, Helsell & Burnquist, Fort Dodge, Iowa, for appellee.

PER CURIAM.

Appeal from District Court, D.C., 136 F.Supp. 514, dismissed at appellant's costs, on dismissal of appeal filed by appellant.

**ROBBINSDALE AMUSEMENT CORPORATION, Appellant,**

v.

**WARNER BROS. PICTURES DISTRIBUTING CORPORATION et al.**

**No. 15605.**

United States Court of Appeals
Eighth Circuit.

July 17, 1956.

Lee Loevinger, Minneapolis, Minn., for appellant.

Mandt Torrison, St. Paul, Minn., David Shearer and Matthew J. Levitt, Minneapolis, Minn., for appellees.

PER CURIAM.

Appeal from judgment of District Court, D.C., 141 F.Supp. 134, dismissed without further costs to any party to cause, and cause remanded to District Court with directions to satisfy in full judgment entered in said Court against plaintiff and in favor of certain defendants, on stipulation.